IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02108-RPM

BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO,

        Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC.,
a Missouri corporation;
NORTH AMERICAN SPECIALITY INSURANCE COMPANY,
a New Hampshire corporation; and
CARONIA CORPORATION, a
Delaware corporation,

        Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

        Pursuant to D.C.COLO.LCivR 16.2A and 29.1,  it is

        ORDERED that a scheduling conference will be held on **January 5, 2006, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

Dated: November 9th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge