### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
#### Senior District Judge Richard P. Matsch

Civil Action No. 05-CV-02108-RPM-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,
Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC., a Missouri Corporation;
NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire
corporation; and CARONIA CORPORATION, a Delaware corporation,

Defendants.

---

### ORDER AMENDING SCHEDULING ORDER

---

This matter having come before the Court on the parties' Stipulated Motion to Amend Scheduling Order and the Court having reviewed said motion finds that it is made in good faith and that good cause exists to amend the scheduling order, and being fully advised on the premises;

ORDERS THAT the Scheduling Order entered by the Court on February 6, 2006 be amended so that the deadline for amending the pleadings is April 20, 2006. The Scheduling Order entered February 6, 2006 shall remain in effect as amended by this order.

ENTERED this _21st_ day of _March_ 2006.

BY THE COURT:

Richard P. Matsch, Senior Judge
United States District Court