IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-02108-RPM

BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO,

        Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC.,
a Missouri corporation;
NORTH AMERICAN SPECIALITY INSURANCE COMPANY,
a New Hampshire corporation; and
CARONIA CORPORATION, a
Delaware corporation,

        Defendants.

---

ORDER FOR FILING SECOND AMENDED COMPLAINT

---

On April 20, 2006, the plaintiff filed a motion to file a second amended complaint which was tendered with the motion. The defendants filed responses in opposition and the plaintiff filed its reply on May 30, 2006. Upon a review of these papers, the Court finds that the plaintiff has shown good cause for the filing of the second amended complaint. The defendants' opposition argues futility and challenges the sufficiency of some of the new claims for relief, including the seventh claim for relief asserting a violation of the Colorado Consumer Protection Act. While that claim is problematic, the sufficiency of it is not properly addressed by objecting to the filing of it. It is

ORDERED that the plaintiff's motion is granted and the second amended

complaint tendered therewith is ordered filed.

Dated: May 31, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge