IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02108-RPM-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation;
NORTH AMERICAN SPECIALITY INSURANCE COMPANY, a New Hampshire corporation;
CARONIA CORPORATION, a Delaware corporation; and
WILLIAM F. GALTNEY, JR.,

    Defendants.

## ORDER OF PARTIAL DISMISSAL, WITHOUT PREJUDICE

THE COURT, having reviewed the Stipulated Motion for Partial Dismissal without Prejudice and being fully advised,

DOES HEREBY ORDER that Plaintiff's first claim for relief, Breach of Contract - Failure to Perform Services, is dismissed, without prejudice, each party to pay their own costs and fees.

THIS ORDER ENTERED the 27th day of June, 2006.

                BY THE COURT:

                s/Richard P. Matsch

                _____

                DISTRICT JUDGE