IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02108-RPM-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation;
NORTH AMERICAN SPECIALITY INSURANCE COMPANY, a New Hampshire corporation;
CARONIA CORPORATION, a Delaware corporation; and
WILLIAM F. GALTNEY, JR.,

    Defendants.

## ORDER OF PARTIAL DISMISSAL, WITHOUT PREJUDICE AND EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

THE COURT, having reviewed the Stipulated Motion for Partial Dismissal without Prejudice and being fully advised,

DOES HEREBY ORDER that Plaintiff's seventh claim for relief, Violation of Colorado Consumer Protection Act, is dismissed, without prejudice, each party to pay their own costs and fees.

THE COURT FURTHER ORDERS that Defendant CMS and Defendants NAS and Caronia shall have an extension of time to file responsive pleadings to the Second Amended Complaint up to and including June 30, 2006.

THIS ORDER ENTERED the 27th day of June, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
DISTRICT JUDGE