IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-02108-RPM-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

    Plaintiff,

v.

CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation;
NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation;
CARONIA CORPORATION, a Delaware corporation; and
WILLIAM F. GALTNEY, JR.,

    Defendants.

## ORDER AMENDING SCHEDULING ORDER

THE COURT, having reviewed the Unopposed Motion to Amend Scheduling Order, having reviewed the file, and being fully advised,

DOES HEREBY ORDER that said motion is granted and section 6 of the scheduling order is hereby amended to reflect the following deadlines:

    (b)    The cut-off for discovery herein shall be **November 20, 2006**.

    (c)    The deadline for the filing of any dispositive motions herein shall be **December 21, 2006**.

    (d)    (3)    **Plaintiff** shall designate its experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **August 15, 2006.**

(4)     **Defendants** shall designate their experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **September 29, 2006.**

(5)     **Plaintiff** shall designate its rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **October 20, 2006.**

THIS ORDER ENTERED the 29th day of June, 2006.

BY THE COURT:

s/Richard P. Matsch

_____

Senior United States Judge