FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 16 2007

GREGORY C. L... M

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02108-RPM-PAC

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,

Plaintiffs,

v.

CORRECTIONAL MEDICAL SERVICES, INC., a Missouri corporation;
NORTH AMERICAN SPECIALTY INSURANCE COMPANY, a New Hampshire corporation;
CARONIA CORPORATION, a Delaware corporation; and
WILLIAM F. GALTNEY, JR.,

Defendants.

---

**ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

---

THIS MATTER is before the Court on the Stipulation of Dismissal With Prejudice of All Claims against Defendants Correctional Medical Services, Inc., North American Specialty Insurance Company, Caronia Corporation and William F. Galtney, Jr. Having considered the Stipulation and for good cause shown, the Court hereby:

ORDERS that all of Plaintiff's claims against Defendants Correctional Medical Services, Inc., North American Specialty Insurance Company, Caronia Corporation and William F. Galtney, Jr., including any claims previously dismissed without prejudice, are hereby dismissed with prejudice. The parties shall pay their own costs and attorneys' fees.

DATED this 16 day of February, 2007.

BY THE COURT:

_____
United States Senior District Court Judge